UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Sholem Gratt, individually and on behalf of all others similarly situated,

                               Plaintiff,

-v.-

MIDLAND CREDIT MANAGEMENT, INC.
and JOHN DOES 1-25,

                               Defendant(s).

_____/

Civil Action No:
1:21-cv-2914

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Sholem Gratt and the Defendant, Midland Credit Management, Inc that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 10, 2021

| **For Plaintiff Sholem Gratt** | **For Defendant Midland Credit Management, Inc.** |
|---|---|
| */s/ Raphael Deutsch* <br> Raphael Deutsch <br> Stein Saks, PLLC <br> 1 University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> rdeutsch@steinsakslegal.com | */s/ Dana Brett Briganti* <br> Dana Brett Briganti <br> Hinshaw Culbertson LLP <br> 800 Third Ave 13th floor <br> New York, NY 10022 <br> Ph: (212) 471-6200 <br> dbriganti@hinshawlaw.com |

## CERTIFICATE OF SERVICE

I certify that on September 10, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

SO ORDERED.

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: September 10, 2021
Brooklyn, NY